UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH ANNE HOLCOMB,

    Plaintiff,                                    No. 19-13212

v.                                          Honorable Nancy G. Edmunds

ASCENSION GENESYS HOSPITAL, *et al.*,

    Defendants.
_____/

## JUDGMENT

Plaintiff brought a three-count complaint against Defendants Ascension Genesys Hospital ("Ascension"), Russell Collection Agency, Inc. ("Russell"), and Merchants & Medical Credit Corporation, Inc. ("M&M"). Plaintiff voluntarily dismissed her case against Defendants Russell and M&M. And, on this date, the Court entered an order dismissing Plaintiff's remaining state law claim against Defendant Ascension without prejudice. Accordingly, this case is hereby DISMISSED.

    SO ORDERED.

                                                 s/Nancy G. Edmunds
                                                 Nancy G. Edmunds
                                                 United States District Judge

Dated: July 9, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 9, 2020, by electronic and/or ordinary mail.

                                                 s/Lisa Bartlett
                                                 Case Manager